121 F.3d 168
 Sandra Jean Dale BOGGS, Plaintiff-Appellant,
v.
Thomas F. BOGGS, Harry M. Boggs and David B. Boggs,
Defendants-Appellees.
 No. 94-30178.
 United States Court of Appeals,
Fifth Circuit.
 Aug. 20, 1997.
 
 Marian M. Livaudais, Livaudais & Livaudais, Mandeville, LA, James F. Willeford, New Orleans, LA, for Plaintiff-Appellant.
 Susan Rees, Plan Benefits Security Division, N-4611, Office of Solicitor, U.S. Dept. of Labor, Washington, DC, for Dept. of Labor, Amicus Curiae.
 Thomas F. Boggs, Monroe, LA, Pro Se.
 Guy L. Deano, Jr., Deano & Deano, Mandeville, LA, for Harry Boggs & David Boggs.
 Appeal from the United States District Court for the Eastern District of Louisiana; A.J. McNamara, Judge.
 On Remand From The United States Supreme Court
 Before WISDOM, KING and DUHE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The district court's order granting summary judgment in the above-styled action is VACATED. The case is REMANDED to the district court for proceedings not inconsistent with the Supreme Court's pronouncement in Boggs v. Boggs, --- U.S. ----, 117 S.Ct. 1754, 138 L.Ed.2d 45 (1997).